DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**D.G.,**
Appellant,

v.

**DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES,
DIVISION OF LICENSING,**
Appellee.

No. 4D19-3102

[May 28, 2020]

Appeal from State of Florida, Department of Agriculture and Consumer Services and Division of Licensing; L.T. Case Nos. CW201903076 and W9713541.

D.G., Boynton Beach, pro se.

Staci a. Bienvenu, Senior Attorney, Department of Agriculture and Consumer Services, Division of Licensing, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***